May Term, 1858.

MAHON v. SELMAN.

---

## MAHON v. SELMAN.

## TODD v. SELMAN.

These cases were decided upon the weight of evidence.

APPEAL from the *Shelby* Circuit Court.

*Per Curiam.*—*Selman* brought his action against *Todd* before a justice, upon an account which is thus stated:

Wednesday, June 23.

"1854.   *Levi Todd*, to *Andrew G. Selman*, Dr.

| | |
|---|---|
| To cash loaned - - - - - - | $86 40 |
| To medical bill - - - - - - | 10 00 |
| | $96 40" |

Before the justice, the plaintiff recovered a judgment, and the defendant appealed. In the Circuit Court the case was submitted to the Court, who found for the plaintiff. The defendant moved for a new trial upon two grounds— 1. Because the finding of the Court is contrary to law. 2. Because the finding is unsustained by the evidence. He also moved in arrest, but has failed to point out the grounds of the motion. These motions were overruled, and judgment rendered in favor of the plaintiff for 82 dollars.

The evidence is upon the record. We have carefully examined it, and are of opinion that it sustains the finding

of the Court. And as no questions, other than those relating to the weight of evidence, appear to have been raised in the Court below, the judgment will be affirmed.

The judgment is affirmed with 5 per cent. damages and costs.

*W. J. Peaslee*, for the appellants.

*E. H. Davis* and *C. Wright*, for the appellee.

